UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA LARA,<br><br>　　　　　　Plaintiff,<br>　v.<br>DAVID J MCGREW,<br><br>　　　　　　Defendant. | Case No. 3:24-cv-5253- DGE<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR MAY 24, 2024 |

On April 2, 2024, plaintiff filed a Motion for Leave to Proceed In Forma Pauperis ("IFP") (Dkt. 1), with respect to her proposed complaint (Dkt. 1-1). On April 19, 2024, the Court ordered plaintiff to show cause why her complaint should not be dismissed for failure to state a claim. Dkt. 3. The deadline for plaintiff's response to the order to show cause was set for May 3, 2024. Plaintiff has not responded to the Court's order to show cause.

Accordingly, the undersigned recommends that the Court DENY plaintiff's IFP motion and DISMISS the complaint without prejudice for failure to prosecute.

Plaintiff has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); FRCP 6; FRCP 72(b). Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating this time

REPORT AND RECOMMENDATION - 1

limitation, this matter shall be set for consideration on **May 24, 2024**, as noted in the caption.

Dated this 9th day of May, 2024.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

NOTED FOR MAY 24, 2024 - 2