UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA LARA,<br><br>                 Plaintiff,<br>    v.<br><br>DAVID J. MCGREW,<br><br>                 Defendant. | CASE NO. 3:24-cv-05253-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 4) |

Before the Court is the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. (Dkt. No. 4.) Having reviewed the R&R and remaining record *de novo*, and there being no objection to the R&R, the Court finds and ORDERS:

1. The Court ADOPTS the Report and Recommendation (Dkt. No. 4);

2. Plaintiff's motion to proceed in forma pauperis (Dkt. No. 1) is denied; and

3. Plaintiff's complaint (Dkt. No. 1-1) is DISMISSED without prejudice.

Dated this 28th day of May 2024.

David G. Estudillo
United States District Judge